IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROYLEE SMITH,                          )
                                       )
        Plaintiff,                     )
                                       )
v.                                     )   CASE NO. CV413-155
                                       )
SHERIFF AL ST. LAWERENCE; SGT.         )
LOWE, Chatham County Detention         )
Center; OFFICER J. DIXON; and          )
SHERIFF DEPARTMENT;                    )
                                       )
        Defendants.                    )
                                       )
                                       )

## O R D E R

Before the Court is the Magistrate Judge's Report and
Recommendation (Doc. 16), to which objections have been filed (Doc.
22). After a careful de novo review of the record, the Court finds
Plaintiff's objections to be without merit. Accordingly, the
report and recommendation is **ADOPTED** as the Court's opinion in this
case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. In
addition, the motions Plaintiff filed prior to the Report and
Recommendation are **DENIED**. (Doc. 8; Doc. 9; Doc. 10; Doc. 11; Doc.
14; Doc. 15.) Plaintiff's Motion to Amend Complaint (Doc. 23),
Motion for Final Judgment (Doc. 24), and Motion to Alter or Amend
Judgment (Doc. 25) are **REFERRED** to the Magistrate Judge.

SO ORDERED this _31st_ day of October 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA