# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| ROYLEE SMITH ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SHERIFF AL ST. LAWERENCE; ) <br> SGT. LOWE; and ) <br> OFFICER J. DIXON, ) <br> ) <br> Defendants. ) | Case No. CV413-155 |

## REPORT AND RECOMMENDATION

Inmate Roylee Smith brought this 42 U.S.C. § 1983 case against his jailers. Doc. 1. In its last ruling the Court directed him to amend his complaint to cure specified fatal deficiencies, and it gave him 40 days to comply. Doc. 27 at 9. He has failed to do so. Accordingly, his case should be **DISMISSED WITH PREJUDICE**.

**SO REPORTED AND RECOMMENDED**, this 28th day of January, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA