IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROYLEE SMITH,

    Plaintiff,

v.

SHERIFF AL ST. LAWRENCE; SGT. LOWE, Chatham County Detention Center; and OFFICER J. DIXON;

    Defendants.

CASE NO. CV413-155

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 28), to which objections have been filed (Doc. 30). After a careful de novo review of the record, the Court finds Plaintiff's objections to be without merit.[1] Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of February 2014.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] In his Report and Recommendation, the Magistrate Judge directed Plaintiff to file a second amended complaint or face dismissal. (Doc. 28 at 8-9.) Despite filing objections, Plaintiff failed to offer any amendment to his complaint, subjecting his case to dismissal.